UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL CHRISTOPHER HOLMES,<br><br>                      Petitioner,<br><br>   v.<br><br>SCOTT RUSSELL,<br><br>                      Respondent. | Case No. C13-1282-RAJ<br><br>ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL |

Petitioner's motion for leave to proceed *in forma pauperis* on appeal (Dkt. No. 16) is GRANTED. Petitioner shall be permitted to proceed on appeal without the prepayment of fees. The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to the Honorable Richard A. Jones.

DATED this 23rd day of October, 2013.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING LEAVE TO
PROCEED *IN FORMA PAUPERIS*
ON APPEAL - 1